# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Tammy Lynn Figuera | **Case No :** | 14–21730 – A – 7 |
| | | **Date :** | 7/28/14 |
| | | **Time :** | 10:00 |

| | |
|---|---|
| **Matter :** | [15] – Motion/Application to Enforce 30 Day Stay, and to Recind Unlawful Eviction by CA State Court Filed by Debtor Tammy Lynn Figuera (kwis) |
| **Judge :** | Michael S. McManus |
| **Courtroom Deputy :** | Sarah Head |
| **Reporter :** | NOT RECORDED |
| **Department :** | A |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

The motion is ORDERED GRANTED IN PART, DENIED IN PART for the reasons stated in the ruling appended to the minutes.

IT IS FURTHER ORDERD that the court will award $3,475 in total damages to the debtor ($3,000 in punitive damages plus $475 in compensatory damages). Such damages shall be paid by Mr. Brar to the debtor no less than seven days after entry of this order. Mr. Brar shall pay the damages to the debtor by cashier or personal check, made payable to the debtor, to be sent to the address the debtor provided Mr. Brar at the June 16 hearing on this motion.

Dated: July 29, 2014

By the Court

Michael S. McManus
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Tammy Lynn Figuera
3993 Coldwater Dr
Rocklin CA 95765

Glen Navis
4 Crow Canyon Ct #200
San Ramon CA 94583

John R. Roberts
PO Box 1506
Placerville CA 95667