# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Tammy Lynn Figuera | **Case No :**<br>**Date :**<br>**Time :** | 14–21730 – A – 7<br>9/22/14<br>10:00 |
| **Matter :** | [76] – Motion/Application For Contempt Filed by Debtor Tammy Lynn Figuera (rlos) | | |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Michael S. McManus<br>Sarah Head<br>Diamond Reporters<br>A | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
(by phone)   Creditor's Attorney – Glen Navis

## CIVIL MINUTE ORDER

The motion is ORDERED DENIED for the reasons stated in the ruling appended to the minutes.

Dated: September 23, 2014

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Tammy Lynn Figuera
3993 Coldwater Dr
Rocklin CA 95765

John R. Roberts
PO Box 1506
Placerville CA 95667

Glen Navis
4 Crow Canyon Ct #200
San Ramon CA 94583